No. 02–6153. TAYLOR v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6154. THOMAS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6155. DAVIS v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6159. MORRISON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–6173. LAPE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6177. JOHNSON v. TOLLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6182. LYONS v. BATTLES, WARDEN. Super. Ct. Hancock County, Ga. Certiorari denied.

No. 02–6184. CRUTCHER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 02–6186. WIDELL ET AL. v. CITY OF BREMERTON, WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 02–6188. NORMAND v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 02–6189. PRICE v. DEPARTMENT OF JUVENILE JUSTICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6193. WINKE v. WINKE. Sup. Ct. Iowa. Certiorari denied.

No. 02–6194. WORLEY v. MITCHELL, CORRECTIONAL ADMINISTRATOR IV, MOUNTAIN VIEW CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.